206 So.2d 92

**Selina BREAUX**

**v.**

**G. H. LEIDENHEIMER CO., Ltd., and Sewerage and Water Board of New Orleans.**

No. 49029.

Feb. 2, 1968.

**741**

The application is denied. Applicant is not adversely affected by the decree.

YARRUT, J., recused.